THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HAROLD KELLY, Defendant-Appellant.

(No. 72-352; )

Second District—January 31, 1975.

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Charles S. Wilson, III, and Charles W. Toomey, both of Waukegan, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz and Thomas Sullivan, both of Illinois State's Attorneys Association, of counsel), for the People.